UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE TRAVELERS INDEMNITY
COMPANY,

                                Plaintiff,                             **24 Civ. No. 1295 (KPF)**

              -against-                           **PRE-SETTLEMENT**
                                                                          **CONFERENCE ORDER**

OHIO SECURITY INSURANCE
COMPANY, *et al.*,

                                Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Thursday, February 6, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 878 127 617#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:     New York, New York
                  January 28, 2025

                                                               */s/ Gary Stein*
                                                   _____
                                                   The Honorable Gary Stein
                                                   United States Magistrate Judge